ABIR COHEN TREYZON SALO, LLP
BORIS TREYZON (Bar No. 188893)
AARON LAVINE (Bar No. 260277)
1901 Avenue of the Stars, Suite 935
Los Angeles, California 90067
Attorneys for PLAINTIFFS

YOKA & SMITH, LLP
WALTER M. YOKA (Bar No. 94536)
R. BRYAN MARTIN (Bar No. 221684)
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Facsimile: (213) 427-2330

QUINN EMANUEL URQUHART & SULLIVAN, LLP
KENNETH R. CHIATE (Bar No. 39554)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Phone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant, NUTRIBULLET, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WENDY LITTLEFIELD, an individual, and DARRYL LITTLEFIELD, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NUTRIBULLET, L.L.C., a California Limited Liability Corporation. <br><br> Defendants. | Case No.: 2:16-cv 06894 DDP (SSx) and related cases <br><br> District Judge: Hon. Dean D. Pregerson <br> Magistrate:  Hon. Suzanne H. Segal <br><br> **JOINT STIPULATION STAYING 13 RELATED CASES; [PROPOSED] ORDER** |

**TO THE HONORABLE COURT:**

WHEREAS, there are currently 13 related cases before this Court that were the subject of a June 18, 2018, Status Conference;

WHEREAS, on June 12, 2018, counsel for Plaintiffs and Defendant in these matters met and conferred to discuss a number of pending issues in the cases;

WHEREAS, following the conclusion of the June 12 meeting, counsel for the parties agreed that a 90 to 120-day stay of the cases would permit the parties to focus their efforts toward resolving a number of issues currently existing in the cases and potentially help facilitate settlement of the cases;

WHEREAS, at the June 18, 2018, Status Conference, the parties presented their request that the 13 related cases be stayed for a period of 90-120 days.

WHEREAS, at the June 18, 2018, Status Conference, the Court GRANTED the parties' request to stay the 13 related cases, pending the preparation and submission of a Joint Stipulation and Order.

WHEREFORE, Plaintiffs, through their counsel, Abir Cohen Treyzon Salo, LLP, and Defendant, Nutribullet, LLC, through its counsel, Yoka & Smith, LLP and Quinn Emanuel Urquhart & Sullivan, LLP, stipulate and agree as follows:

1. That the 13 related cases pending before this Court are STAYED until November 5, 2018, at which time a Further Status Conference Re: Case Management will be held;

2. That any and all pending hearings, deadlines, and/or trial dates in the 13 related cases before this Court are vacated and subject to resetting following the lifting of the stay; and

/ / /

/ / /

/ / /

3. That the parties preserve all rights and remedies in the 13 related cases during the pendency of the stay in connection with any hearings, motions and/or deadlines, which may be renewed following the lifting of the stay.

**IT IS SO STIPULATED.**

DATED:  June 25, 2018                ABIR COHEN TREYZON SALO, LLP


                                     By: /s/ Aaron Lavine_____
                                         Aaron Lavine (Bar No. 260277)
                                         Attorneys for PLAINTIFFS


DATED:  June 25, 2018                YOKA & SMITH, LLP


                                     By: /s/ Walter M. Yoka_____
                                         WALTER M. YOKA (Bar No. 94536)
                                         R. BRYAN MARTIN (Bar No. 221684)
                                         Attorneys for Defendant
                                         NUTRIBULLET, LLC