UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   2:16-cv-06894-DDP-SS                                    Date: November 5, 2018

Title:   Wendy Littlefield et al v. Homeland Housewares,L.L.C. et al
========================================================================
PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

| Patricia Gomez | Maria Bustillos |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Aaron Lavine                                            Kenneth Reed Chiate
Boris Treyson                                           R Bryan Martin
Douglas A. Rochen                                       David T McCann

PROCEEDINGS:        STATUS CONFERENCE

   Court and counsel confer as reflected on the record.  This case is hereby dismissed.  Each party shall bear its own costs.


                                                                   :    2
                                          Initials of Preparer          PG

CV - 90 (03/15)